IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER TOMASZEWEICZ | : | Civil Action No. 3:24-CV-00085 |
| | : | |
| Plaintiff, | : | **STIPULATED ORDER OF** |
| | : | **DISMISSAL WITH PREJUDICE** |
| v. | : | |
| | : | |
| JASON CAMILLO | : | Judge Kim R. Gibson |
| | : | |
| Defendant. | : | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

NOW COMES, the Plaintiff, CHRISTOPHER TOMASZEWICZ, by counsel Eric T. Chaffin, Patrick C. Booth, Justin D. Joseph, and Chaffin Luhana LLP, and the Defendant, JASON CAMILLO, by counsel John K. Bryan and Bennett Bricklin & Saltzburg, LLC, hereby representing to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby ORDERS that this action is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

Entered this 21st day of January, 2025.

Judge Kim R. Gibson

Dated: January 16, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Justin D. Joseph*　　　　　 | */s/ John K. Bryan*　　　 |
| Eric T. Chaffin PA Bar #78725 | John K. Bryan, Esq. PA Bar #62901 |
| Patrick C. Booth PA Bar #202200 | BENNETT BRICKLIN & SALTZBURG, LLC |
| Justin D. Joseph PA Bar #311145 | 707 Grant Street, Suite 1800 |
| CHAFFIN LUHANA LLP | Pittsburgh, PA 15219 |
| 615 Iron City Drive | |
| Pittsburgh, PA 15205 | |